UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                   §
                                         §
PHILLIPS JR., JOHNNY                     §   Case No. 12-24218
PHILLPS, ERICA LOUISE                    §
                                         §
                                         §
_____Debtor(s)_____  §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/JOSEPH E. COHEN_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 12-24218 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PHILLIPS JR., JOHNNY | Date Filed (f) or Converted (c): | 06/15/12 (f) |
| | PHILLPS, ERICA LOUISE | 341(a) Meeting Date: | 07/12/12 |
| For Period Ending: | 11/03/14 | Claims Bar Date: | 04/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3810 Harmony Dr. Zion, IL 60099 - (Debtors primary | 163,300.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Community Trust CU. | 1,237.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Community Trust CU. | 116.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Community Trust CU. | 277.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with First Midwest. | 195.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry, and wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. Workman's Compensation claim from slip and fall at | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. 2006 BMW 330i with 81,818 miles. | 13,000.00 | 0.00 | | 6,500.00 | FA |
| 14. 2004 Saturn Vue with 165,000 miles. | 2,555.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $183,280.00 $0.00 $6,500.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS INVESTIGATING THE VALUE OF THE DEBTOR'S VEHICLE. TRUSTEE HAS FILED MOTION TO EMPLOY COUNSEL FOR THE TRUSTEE. TRUSTEE HAS SOLD VEHICLE BACK TO THE DEBTOR. TRUSTEE HAS REVIEWED CLAIMS AND WILL FILE HIS TFR BY 6/30/14 - January 16, 2014. TRUSTEE IS DRAFTING HIS TFR, NDR ETC - Nov. 3, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-24218   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PHILLIPS JR., JOHNNY | Date Filed (f) or Converted (c): | 06/15/12 (f) |
| | PHILLPS, ERICA LOUISE | 341(a) Meeting Date: | 07/12/12 |
| | | Claims Bar Date: | 04/04/13 |

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-24218 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | PHILLIPS JR., JOHNNY | | Bank Name: | ASSOCIATED BANK |
| | PHILLPS, ERICA LOUISE | | Account Number / CD #: | *******2333 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8511 | | | |
| For Period Ending: | 11/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/13 | 13 | Johnny Phillips | Sale of Vehicle | 1129-000 | 5,000.00 | | 5,000.00 |
| 01/15/13 | 13 | JOHNNY PHILLIPS | Sale of Vehicle | 1129-000 | 1,500.00 | | 6,500.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,490.00 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.83 | 6,483.17 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,473.17 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,463.17 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,453.17 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,443.17 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,433.17 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,423.17 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,413.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,403.17 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,393.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,383.17 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,373.17 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,363.17 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,353.17 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 9.23 | 6,343.94 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,333.94 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,323.94 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,313.94 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,303.94 |

Page Subtotals 6,500.00 196.06

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-24218 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | PHILLIPS JR., JOHNNY | Bank Name: | ASSOCIATED BANK |
|  | PHILLPS, ERICA LOUISE | Account Number / CD #: | *******2333 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8511 |  |  |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 6,293.94 |
| 09/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 6,283.94 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 6,500.00 | 216.06 | 6,283.94 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 6,500.00 | 216.06 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 6,500.00 | 216.06 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - ********2333 | 6,500.00 | 216.06 | 6,283.94 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 6,500.00 | 216.06 | 6,283.94 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        20.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 03, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 12-24218 | Claim Type Sequence | | | | |
| Debtor Name: | PHILLIPS JR., JOHNNY | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,439.72 | $1,439.72 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $16.06 | $16.06 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,641.75 | $1,641.75 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $23,421.57 | $23,421.57 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $21,337.10 | $21,337.10 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $16,069.63 | $16,069.63 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,905.57 | $1,905.57 |
| 000005<br>070<br>7100-00 | Nelnet on behalf of the U.S.<br>Department of Educati<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014 | Unsecured | | $0.00 | $54,815.95 | $54,815.95 |
| 000006<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $2,505.79 | $2,505.79 |
| 000007<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $5,080.24 | $5,080.24 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 03, 2014 |

Case Number: 12-24218  
Debtor Name: PHILLIPS JR., JOHNNY                    Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $128,233.38 | $128,233.38 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-24218
Case Name: PHILLIPS JR., JOHNNY
              PHILLPS, ERICA LOUISE
Trustee Name: JOSEPH E. COHEN

Balance on hand                                                                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ | $ | $ |
| 000004 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ | $ | $ |
| 000005 | Nelnet on behalf of the U.S. Department of Educati<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | $ | $ | $ |
| 000007 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE