**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: § 
 § 
PHILLIPS JR., JOHNNY § Case No. 12-24218
PHILLPS, ERICA LOUISE § 
 § 
 § 
　　　　Debtor(s) § 

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF BANKRUPTCY COURT
　　　　　　　　219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/09/2015  in Courtroom ,
　　　　　　　　North Branch Court
　　　　　　　　1792 Nicole Lane
　　　　　　　　Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| PHILLIPS JR., JOHNNY | § | Case No. 12-24218 |
| PHILLPS, ERICA LOUISE | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 6,500.00 |
| and approved disbursements of | $ | 216.06 |
| leaving a balance on hand of[1] | $ | 6,283.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: JOSEPH E. COHEN | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 39.72 | $ 0.00 | $ 39.72 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,641.75 | $ 0.00 | $ 1,641.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 16.06 | $ 16.06 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 3,081.47 |
| Remaining Balance | $ | 3,202.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 125,135.85  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 23,421.57 | $ 0.00 | $ 599.40 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 21,337.10 | $ 0.00 | $ 546.06 |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 16,069.63 | $ 0.00 | $ 411.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 1,905.57 | $ 0.00 | $ 48.77 |
| 000005 | Nelnet on behalf of the U.S. Department of Educati 3015 South Parker Road, Suite 400 Aurora, CO 80014 | $ 54,815.95 | $ 0.00 | $ 1,402.85 |
| 000006 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | $ 2,505.79 | $ 0.00 | $ 64.13 |
| 000007 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ 5,080.24 | $ 0.00 | $ 130.01 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,202.47 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 12-24218-ABG
Johnny Phillips, Jr.                                      Chapter 7
Erica Louise Phillps
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen              Page 1 of 2            Date Rcvd: Jan 05, 2015
                              Form ID: pdf006           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2015.
db/jdb        +Johnny Phillips, Jr.,    Erica Louise Phillps,    3810 Harmony Dr.,    Zion, IL 60099-9549
19039950      +AES/WELLS FARGO,    Attn: Bankruptcy Dept.,     Po Box 2461,    Harrisburg, PA 17105-2461
19039949      +BANK OF America, N.A.,    Attn: Bankruptcy Dept.,     450 American St,
                Simi Valley, CA 93065-6285
19039970      +CAP1/Bstby,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
19039969      +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19039972      +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
19039966      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19039967      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20095580       GE Capital Retail Bank,    c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,
                Miami FL 33131-1605
19039975      +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
19039976      +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
19039979      +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6282,    Sioux Falls, SD 57117-6282
19039948      +Seterus,    Attn: Bankruptcy Dept.,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
19039971      +THD/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
19039968      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
19039977      +Wfnnb/NY&C,    Attn: Bankruptcy Dept.,    220 W Schrock Rd,    Westerville, OH 43081-2873
20168209       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,     POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20356754       E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2015 01:29:42      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                Miami, FL 33131-1605
19039951      +E-mail/Text: electronicbkydocs@nelnet.net Jan 06 2015 01:25:57       DEPT OF EDUCATION/NELN,
                Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19886696       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2015 01:29:13       Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19039973      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2015 01:29:13       Discover FIN SVCS LLC,
                Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
19039978       E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2015 01:29:40       Gecrb/Lowes,
                Attn: Bankruptcy Dept.,    Po Box 103065,    Roswell, GA 30076
19960750      +E-mail/Text: electronicbkydocs@nelnet.net Jan 06 2015 01:25:57
                Nelnet on behalf of the U.S. Department of Educati,     3015 South Parker Road, Suite 400,
                Aurora, CO 80014-2904
19894902      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2015 01:28:55
                PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19944025       E-mail/Text: bnc-quantum@quantum3group.com Jan 06 2015 01:25:34
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20356755       E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2015 01:28:59
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19039980*     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19039952*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039953*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039954*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039955*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039956*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039957*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039958*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039959*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039960*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039961*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039962*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039963*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039964*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039965*     +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
19039974*     +Discover FIN SVCS LLC,    Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
                                                                                    TOTALS: 0, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: cgreen            Page 2 of 2             Date Rcvd: Jan 05, 2015
                              Form ID: pdf006         Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2014 at the address(es) listed below:
              E. Philip Groben     on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ     on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen     on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen     on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Megan D Hayes     on behalf of Debtor Johnny   Phillips, Jr. ndil@geracilaw.com
              Megan D Hayes     on behalf of Joint Debtor Erica Louise Phillps ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```