# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PHILLIPS JR., JOHNNY | § | Case No. 12-24218 |
| PHILLPS, ERICA LOUISE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 BANK OF America, N.A. Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |
|  | 2 Seterus Attn: Bankruptcy Dept. 14523 Sw Millikan Way St Beaverton OR 97005 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AES/WELLS FARGO Attn: Bankruptcy Dept. Po Box 2461 Harrisburg PA 17105 | | | | | |
| | 10 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 11 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 12 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 14 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 15 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 16 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 17 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 18 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 19 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 2 CAP1/Bstby Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 20 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 21 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 22 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 23 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 24 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 25 Gecrb/Lowes Attn: Bankruptcy Dept. Po Box 103065 Roswell GA 30076 | | | | | |
| | 26 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 27 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 28 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 | | | | | |
| | 29 THD/CBNA Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 30 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 31 Wfnnb/NY&C Attn: Bankruptcy Dept. 220 W Schrock Rd Westerville OH 43081 | | | | | |
| | 4 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 5 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 6 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 7 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| | 8 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000005 | NELNET ON BEHALF OF THE U.S. DEPART | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-24218   ABG   Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | PHILLIPS JR., JOHNNY | |
| | PHILLPS, ERICA LOUISE | |
| For Period Ending: | 04/02/15 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 06/15/12 (f) |
| 341(a) Meeting Date: | 07/12/12 |
| Claims Bar Date: | 04/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3810 Harmony Dr. Zion, IL 60099 - (Debtors primary | 163,300.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Community Trust CU. | 1,237.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Community Trust CU. | 116.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Community Trust CU. | 277.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with First Midwest. | 195.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry, and wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. Workman's Compensation claim from slip and fall at | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. 2006 BMW 330i with 81,818 miles. | 13,000.00 | 0.00 | | 6,500.00 | FA |
| 14. 2004 Saturn Vue with 165,000 miles. | 2,555.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $183,280.00 | $0.00 | | $6,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL CHECKS HAVE CLEARED AND TRUSTEE SUBMITTING HIS TDR - April 2, 2015. TFR HAS BEEN FILED WITH THE COURT AND A FINAL
HEARING SET - Jan. 17, 2015.  TRUSTEE IS INVESTIGATING THE VALUE OF THE DEBTOR'S VEHICLE.  TRUSTEE HAS FILED MOTION TO
EMPLOY COUNSEL FOR THE TRUSTEE.  TRUSTEE HAS SOLD VEHICLE BACK TO THE DEBTOR.  TRUSTEE HAS REVIEWED CLAIMS AND WILL FILE
HIS TFR BY 6/30/14 - January 16, 2014. TRUSTEE TO START DRAFTING HIS TFR, NDR ETC - April 30, 2014.  NO CHANGE - July

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-24218   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PHILLIPS JR., JOHNNY | Date Filed (f) or Converted (c): | 06/15/12 (f) |
| | PHILLPS, ERICA LOUISE | 341(a) Meeting Date: | 07/12/12 |
| | | Claims Bar Date: | 04/04/13 |

17, 2014.  TRUSTEE TO SUBMIT TFR & NFR TO UST FOR REVIEW - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/12      Current Projected Date of Final Report (TFR): 06/30/14

Page:  1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-24218  -ABG |
| Case Name: | PHILLIPS JR., JOHNNY |
| | PHILLPS, ERICA LOUISE |
| Taxpayer ID No: | *******8511 |
| For Period Ending: | 04/02/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2333  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/13 | 13 | Johnny Phillips | Sale of Vehicle | 1129-000 | 5,000.00 | | 5,000.00 |
| 01/15/13 | 13 | JOHNNY PHILLIPS | Sale of Vehicle | 1129-000 | 1,500.00 | | 6,500.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,490.00 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.83 | 6,483.17 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,473.17 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,463.17 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,453.17 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,443.17 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,433.17 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,423.17 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,413.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,403.17 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,393.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,383.17 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,373.17 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,363.17 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,353.17 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 9.23 | 6,343.94 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,333.94 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,323.94 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,313.94 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,303.94 |

|  |  |  |
|---|---|---|
| Page Subtotals | 6,500.00 | 196.06 |

Ver: 18.04

FOR M2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        12-24218  -ABG
Case Name:   PHILLIPS JR., JOHNNY
                      PHILLPS, ERICA LOUISE

Taxpayer ID No:   *******8511
For Period Ending:  04/02/15

Trustee Name:            JOSEPH E. COHEN
Bank Name:                ASSOCIATED BANK
Account Number / CD #:     *******2333  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,293.94 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,283.94 |
| 01/12/15 | 300003 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees Trustee Fees | | | 1,439.72 | 4,844.22 |
| | | | Fees          1,400.00 | 2100-000 | | | |
| | | | Expenses        39.72 | 2200-000 | | | |
| 01/12/15 | 300004 | COHEN & KROL, Attorneys for Trustee 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,094.50 | 3,749.72 |
| 01/12/15 | 300005 | JOSEPH E. COHEN, Attorney 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 547.25 | 3,202.47 |
| 01/12/15 | 300006 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 2.55918% | 7100-000 | | 599.40 | 2,603.07 |
| 01/12/15 | 300007 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 2.55920% | 7100-000 | | 546.06 | 2,057.01 |
| 01/12/15 | 300008 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 2.55918% | 7100-000 | | 411.25 | 1,645.76 |
| 01/12/15 | 300009 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 2.55934% (4-1) Unsecured Debt | 7100-000 | | 48.77 | 1,596.99 |

Page Subtotals          0.00        4,706.95

Ver: 18.04

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          12-24218  -ABG

Case Name:     PHILLIPS JR., JOHNNY

                      PHILLPS, ERICA LOUISE

Taxpayer ID No:   *******8511

For Period Ending:   04/02/15

Trustee Name:        JOSEPH E. COHEN

Bank Name:           ASSOCIATED BANK

Account Number / CD #:     *******2333  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/12/15 | 300010 | Nelnet on behalf of the U.S. Department of Educati 3015 South Parker Road, Suite 400 Aurora, CO 80014 | Claim 000005, Payment 2.55920% | 7100-000 | | 1,402.85 | 194.14 |
| 01/12/15 | 300011 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Claim 000006, Payment 2.55927% (6-1) LOWES CONSUMER or GEMB | 7100-000 | | 64.13 | 130.01 |
| 01/12/15 | 300012 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000007, Payment 2.55913% (7-1) CREDIT CARD DEBT | 7100-000 | | 130.01 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,500.00 | 6,500.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,500.00 | 6,500.00 | |
| Less:  Payments to Debtors | 0.00 | 0.00 | |
| Net | 6,500.00 | 6,500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2333 | 6,500.00 | 6,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,500.00 | 6,500.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals               0.00          1,596.99

Ver: 18.04